15th, AUGUST 2005.

05-1262 UNA ?

Mr. T. Edward Harris
Reg. No. 02269-000
F.C.I. CUMBERLAND
P.O. Box - 1000
Cumberland, MD. 21501

Dear Clerk:

I'm writing this letter in regyards to a civil case I filed in June. My address has changed from DC Dept. of Corrections, 1901 D ST. S.E.

My new address is listed above. I can't remember my civil action number, but my initial complaint and attachments were about my 1st amend. Rights & equal protection clause under Religion. My civil case is about discrimination of Religious events, study materials & time. Please acknowledge & forward civil action #.

Cordially
T. Edward Harris    186-147