UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

T. EDWARD HARRIS
    PLAINTIFF

v.

Hon. ANTHONY WILLIAMS et al.
    DEFENDANT

CIVIL NO. 05-1262 UNA

### NOTICIFICATION OF ADDRESS CHANGE CONFIRMATION

Comes Now T. EDWARD HARRIS, plaintiff with his second inquiry into why I haven't rec'd notice about my pending Civil and Criminal Liabilities case against the Honorable D.C. Mayor Anthony Williams, D.C. City Administrator Boggs, D.C. Department of Corrections Director Elwood York Jr, and D.C. Jail Acting Warden Larry Corbet. On or about August 10, 2005. I forwarded a legal correspondant to the clerk of the courts office that clearly indicated a notification in my changing of residence from D.C. Jail to Federal Correctional Institution Cumberland.

Prior to my unknown, abrupt removal from D.C. Jail to this Federal facility, I T. EDWARD HARRIS, had filed a motion for a time extention due to slow mail delivery procedures at D.C. Jail and the mere fact the D.C. Jail inmate finance office deliberately impede the immediate processing of my P.L.R.A. Form. I'm now waiting to see what the Court has rendered inregards to my case, because the Rule 41.(b) Involuntary Dismissal : Effect Thereof. no proof of my Prisoners' Litigation Reform Act Form when it comes to my petittioning the court from a informal papperis indigent prisoners' trust account statement. I would appreciate an up-date on my cases status.

Cordially,

*T. Edward Harris* (signature)

T. EDWARD HARRIS

Reg. No. 02269-000