**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
MAY 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **T. EDWARD HARRIS,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil Action No. 05-1262** |
| **ANTHONY WILLIAMS *et al.*,** | ) |
| **Defendants.** | ) |

**ORDER DISMISSING ACTION**

It is hereby

ORDERED that this civil action is DISMISSED without prejudice for plaintiff's failure to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915. *See* Order, Jan. 11, 2008.

SO ORDERED.

United States District Judge

Date: 5/9/08



10